IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1664-AP

THOMAS R. LECHMAN,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Martin J. Linnet, Esq.
    4155 E. Jewel Avenue, Suite 500
    Aurora, CO 80222
    (303) 758-5562
    (303) 758-8237 (Facsimile)
    Mlinnet@qwest.net

    For Defendant:
    Michele M. Kelley
    Special Assistant United States Attorney
    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    *(*303) 844-0812
    (303) 844-0770 (Facsimile)
    Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**  August 26, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  September 1, 2005

    C.    **Date Answer and Administrative Record Were Filed:**  October 31, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties bring no other matters to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:**  January 3, 2006

    B.    **Defendant's Response Brief Due:**  February 2, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** February 21, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 21st day of November , 2005.

                                          BY THE COURT:

                                          S/John L. Kane
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Martin J. Linnet<br>Martin J. Linnet, Esq.<br>4155 E. Jewell Avenue, Suite 5000<br>Aurora, CO 80222<br>Telephone: (303) 758-5562<br>Facsimile: (303) 543- 758-8237<br>mlinnet@qwest.net<br><br>Attorney for Plaintiff | WILLAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |