IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01664-PSF

THOMAS R. LECHMAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING ATTORNEY FEES

This matter is before the Court on the plaintiff's Unopposed Motion for Award of Attorney Fees (Dkt. # 18). Having reviewed the motion and the file, the Court hereby ORDERS that Plaintiff Thomas R. Lechman be awarded attorney fees and expenses in this matter in the amount of Three Thousand Nine Hundred Ninety-Eight Dollars and Sixty-Six Cents ($3,998.66) under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED: December 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge